1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  Oakland, CA 94607
   Telephone: (510) 834-4350
4  Facsimile: (510) 839-1897

5  Attorneys for Defendants
   TARGET NATIONAL BANK and
6  VICKI WEST

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | CORNELIO LIM,                         ) Case No.: C10-02349 JCS
                                           )
12 |             Plaintiff,                )
                                           )
13 | vs.                                   ) **STIPULATION TO CONTINUE LAST**
                                           ) **DATE TO MEDIATE AND CASE**
14 | TARGET NATIONAL BANK; VICKI           ) **MANAGEMENT CONFERENCE DATE**
     WEST, an individual,                  )
15                                         )
                 Defendants.               )
16 |_____)

17      Plaintiff CORNELIO LIM and Defendants TARGET NATIONAL BANK and VICKI

18 WEST, by and through their respective counsel of record hereby request that the court continue

19 the last date to mediate the case from October 21, 2010 to December 15, 2010.

20      The parties hereby request that the court continue the Case Management Conference

21 scheduled for November 5, 2010 to January ~~11~~ 14, 2011.

22      **IT IS SO STIPULATED.**

23 DATED:___9/20/10_____        BOORNAZIAN, JENSEN & GARTHE
                                        A Professional Corporation
24

25
                                        By: _____/S/_____
26                                      GAIL C. TRABISH, ESQ.
                                        Attorneys for Defendants TARGET NATIONAL
27                                      BANK and VICKI WEST

28
                                      -1-
   STIPULATION TO CONTINUE LAST DATE TO MEDIATE AND
   CASE MANAGEMENT CONFERENCE DATE – Case No. C10-02349 JCS

DATED: __10/4/10_____          THE BERG LAW GROUP

By_____/S/_____
IRVING L. BERG, ESQ.
Attorney for Plaintiff CORNELIO LIM

## **ORDER**

THE COURT, having considered the stipulation of the parties and good cause appearing, orders as follows:

The last date to mediate the case is continued from October 21, 2010 to December 15, 2010

The November 5, 2010 case management conference is continued to January 14, 2011.

**IT IS SO ORDERED.**

DATED: __10/05/10_____          _____
MAGISTRATE JUDGE JOSEPH C. SPERO

26436\516317