**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNELIO LIM,                                    No. C 10-02349 JCS

            Plaintiff(s),

                                                 **ORDER OF DISMISSAL**

      v.

TARGET NATIONAL BANK,

            Defendant(s).

_____/

      The Court  having been advised that the parties have agreed to a settlement of this case,

      IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

      IT IS SO ORDERED.

Dated: November 12, 2010

                                    _____
                                    JOSEPH C. SPERO
                                    United States Magistrate Judge