UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIO LIM, an individual, | Case No.: C-10-cv-02349-JCS |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE, AND ORDER** |
| v. | |
| TARGET NATIONAL BANK; VICKI WEST, an individual, | |
| Defendants. | |

It is hereby stipulated and agreed by and between the parties that the captioned action, be dismissed with prejudice and without costs and attorneys' fees to any party, all costs and attorneys' fees having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

SO STIPULATED:

DATED: 11-6-10

BY: *[signature]*
IRVING L. BERG
Attorney for Plaintiff

DATED: NOV 17 2010

~~BOORNAZIAN, JENSEN & GARTHE,~~
FAEGRE & BENSON,
Attorneys for Defendant

BY: *[signature]*
Brian Melendez

### ORDER

The parties having achieved a settlement and for good cause, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: 11/18/10

BY: *[signature]* Judge Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

10-cv-02349-JCS

STIPULATION TO DISMISS