Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Facsimile)
irvberg@comcast.net (Email)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIO LIM, an individual, | Case No.: C 10-2349 JCS |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| TARGET NATIONAL BANK; VICKI WEST, an individual | |
| Defendant. | |

It is hereby stipulated and agreed by and between the parties that hereby action against Defendants be dismissed with prejudice and without costs and attorneys' fees to any party, all costs and attorneys' fees having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

SO STIPULATED


DATED: January 10, 2011         /s/
                                Irving L. Berg
                                THE BERG LAW GROUP


Dated: January 10, 2011          /s/
                                Gail C. Trabish
                                Boornazian, Jensen & Garthe
                                Attorney for Defendants

Dated: 1/11/11

STIPULATION TO DISMISS WITH PREJUDICE

IT IS SO ORDERED
Judge Joseph C. Spero

CORNELIO LIM V. TARGET NATIONAL BANK et al.
CASE NO.: 10-2349 JCS